# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00737-CV

**Plus SMS Holdings Limited; North America Cre8, Inc.; Cre8 Limited; Carlos Pullas; Julio Castellon; Chris Horn; Robert Hunter and Clive Thomas, Appellants**

**v.**

**Christopher Tiensch, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GN-08-003841, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a status report indicating that the disputes in this matter have been resolved and consenting to the dismissal of this appeal. We will treat the status report as a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellants' Motion

Filed:   November 21, 2012